

individually and as employee of the City of Homerville, City of Homerville, Clinch County, Georgia, Defendants,

Winston Peterson, individually and as employee of Clinch County, Georgia, Defendant–Appellant.

No. 01–13606.

United States Court of Appeals, Eleventh Circuit.

Aug. 7, 2002.

Richard K. Strickland, Whelchel, Brown, Readdick & Bumgartner, Brunswick, GA, for Defendant–Appellant.

Theodore H. Lackland, Lackland & Heyward, Atlanta, GA, for Plaintiff–Appellee.

Before EDMONDSON, Chief Judge, and TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON, Circuit Judges.

BY THE COURT:

A member of this Court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc.

The previous panel's opinion is hereby VACATED.

Brian L. GRECH, Plaintiff–Appellant,

v.

CLAYTON COUNTY, GEORGIA, Defendant–Appellee.

No. 01–13151.

United States Court of Appeals, Eleventh Circuit.

Aug. 7, 2002.

Bruce R. Millar, Jonesboro, GA, for Plaintiff–Appellant.

Bridgette M. Palmer, Hancock & Echols, Brian Richard Dempsey, Jack Reynolds Hancock, Hancock, Story & Dempsey, LLC, Forest Park, GA, for Defendant–Appellee.

Before EDMONDSON, Chief Judge, and TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON, Circuit Judges*.

* Senior U.S. Circuit Judge Phyllis A. Kravitch may elect to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).

BY THE COURT:

A member of this Court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.

JAMES N. KIRBY, PTY LTD., d.b.a. Kirby Engineering, MMI General Insurance Limited, Plaintiffs–Appellants,

v.

NORFOLK SOUTHERN RAILWAY COMPANY, Defendant–Appellee.

No. 01–13776.

United States Court of Appeals, Eleventh Circuit.

Aug. 8, 2002.

